AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Lewis Lowden, et al | ) | |
| | ) | |
| | ) | Civil Action No.  1:09-cv-11209 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Clare, County of et al | ) | Hon.  Thomas L. Ludington |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Clare, County of

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniel S. Korobkin
> American Civil Liberties Union of Michigan
> 2966 Woodward Avenue
> Detroit , MI 48201

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/ S. Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  April 1, 2009



AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  1:09-cv-11209
Hon.  Thomas L. Ludington

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Clare, County of

Date of Service: _____

## Method of Service

_____   Personally served at this address:
_____
_____
_____

_____   Left copies at the usual place of abode with (name of person):
_____
_____
_____

_____   Other (specify):
_____
_____
_____

_____   Returned unexecuted (reason):
_____
_____
_____

## Service Fees:          Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Lewis Lowden, et al | ) | |
| | ) | |
| | ) | Civil Action No.  1:09-cv-11209 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Clare, County of et al | ) | Hon.  Thomas L. Ludington |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Lawrence Kahsin

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniel S. Korobkin
> American Civil Liberties Union of Michigan
> 2966 Woodward Avenue
> Detroit , MI 48201

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/ S. Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  April 1, 2009



AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 1:09-cv-11209
Hon. Thomas L. Ludington

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Lawrence Kahsin

Date of Service:    _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| Lewis Lowden, et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Clare, County of et al | ) |
| | ) |
| | ) |
| *Defendant.* | ) |

Civil Action No.  1:09-cv-11209

Hon.  Thomas L. Ludington

### SUMMONS IN A CIVIL ACTION

To:     Calvin Woodcock

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniel S. Korobkin
> American Civil Liberties Union of Michigan
> 2966 Woodward Avenue
> Detroit , MI 48201

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:    s/ S. Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance:   April 1, 2009



AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  1:09-cv-11209
Hon.  Thomas L. Ludington

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Calvin Woodcock

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____

____    Left copies at the usual place of abode with (name of person):

_____

____    Other (specify):

_____

____    Returned unexecuted (reason):

_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____