UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEWIS LOWDEN, ROBERT
LOWDEN, *personal representative
of the estate of Jean Lowden*,

        Plaintiffs,

v.

        Case Number 09-11209-BC
        Honorable Thomas L. Ludington

COUNTY OF CLARE, LAWRENCE
KAHSIN, CALVIN WOODSTOCK,

        Defendants,

ATTORNEY GENERAL MICHAEL
A. COX,

        Intervenor Defendant.
_____/

## ORDER STRIKING STIPULATION

On September 23, 2010, Plaintiffs' counsel filed a stipulation [Dkt. # 63] on the docket. However, under E.D. Mich. Local Rules Appendix ECF Rule 11(a), proposed stipulated orders must be submitted via the link under the Utilities section of CM/ECF.

Accordingly, it is **ORDERED** that the stipulation [Dkt. # 63] is **STRICKEN**.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: September 27, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 27, 2010.

        s/Tracy A. Jacobs
        TRACY A. JACOBS