### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

LEWIS LOWDEN, et al,

    Plaintiffs,

vs.

CLARE COUNTY, et al.,

    Defendants,

BILL SCHUETTE,[*]
Attorney General of the State of Michigan,

    Defendant-Intervenor.

Case No. 1:09-cv-11209

Hon. Thomas L. Ludington

_____/

## STIPULATION TO VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the voluntary dismissal of the following defendants: (1) Woodcock, (2) Goyt, (3) McClellan, (4) Larson, (5) Hager, and (6) Bailey.

The parties further stipulate that this dismissal is without prejudice and without costs.

Clare County and Lawrence Kahsin remain defendants, and the Attorney General remains defendant-intervenor.

| For the Plaintiffs: | For the Defendants: | For the Attorney General: |
|---|---|---|
| /s/ Daniel S. Korobkin | /s/ Jason D. Kolkema | /s/ Margaret A. Nelson |
| | *(by consent)* | *(by consent)* |

Dated:  February 11, 2011

---

[*] Attorney General Bill Schuette is automatically substituted for former Attorney General Michael A. Cox pursuant to Fed. R. Civ. P. 25(d).

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEWIS LOWDEN, et al,

    Plaintiffs,

v.

CLARE COUNTY, et al.,

    Defendants,

BILL SCHUETTE,
Attorney General of the State of Michigan,

    Defendant-Intervenor.

    Case No. 1:09-cv-11209

    Hon. Thomas L. Ludington

_____/

## ORDER FOR DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS

In accordance with a stipulation submitted by the parties;

It is hereby **ORDERED** that Defendants Calvin Woodcock, Sherriff Jeffrey Goyt, Mark McClellan, William Larson, Robert Kent Hager, and Michael Bailey be **DISMISSED WITHOUT PREJUDICE** and without costs as to all parties.

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

Dated: February 15, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 15, 2011.

    s/Tracy A. Jacobs
    TRACY A. JACOBS