UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEWIS LOWDEN, et al.,

    Plaintiffs,                                        Civil Action No. 09-CV-11209

vs.                                               Honorable Thomas L. Ludington

CLARE COUNTY, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

On November 14, 2011, the parties in this matter reached a settlement agreement, the terms of which were placed on the record and are hereby incorporated into this order. Accordingly,

It is **ORDERED** that the complaint is dismissed with prejudice and without costs, interest or attorney fees. The court expressly retains jurisdiction for a period of sixty (60) days from the date of this order to enforce all terms of the settlement agreement as placed on the record.

It is further **ORDERED** that Defendants' motion in limine (ECF NO. 98) is **DENIED AS MOOT**.

It is further **ORDERED** that Plaintiffs' motions in limine (ECF Nos. 101, 102) are **DENIED AS MOOT**.

                                                     s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge

Dated: November 18, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 18, 2011

                                            s/Tracy A. Jacobs
                                            TRACY A. JACOBS